```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/29/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
SHANICE JACKSON,                             :
                                             :
                           Plaintiff,        :
        -against-                            :
                                             :    22-CV-4868 (VEC)
                                             :
CHASE BANK (USA), NATIONAL                   :    ORDER
ASSOCIATION AND EXPERIAN                     :
INFORMATION SOLUTIONS, INC.,                 :
                                             :
                                             :
                           Defendants.       :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on June 10, 2022, Defendants removed this action, *see* Dkt. 1;

WHEREAS on June 17, 2022, Defendant Experian Information Solutions, Inc. was voluntarily dismissed with prejudice pursuant to F.R.C.P. 41(a)(1)(A)(i) from this action, *see* Dkt. 7; and

WHEREAS on July 20, 2022, Defendant Chase Bank (incorrectly named "Chase Bank (USA), National Association, *see* Not. of Removal at Docket 1) was voluntarily dismissed with prejudice pursuant to F.R.C.P. 41(a)(1)(A)(i), *see* Dkt. 13;

IT IS HEREBY ORDERED that this case is hereby DISMISSED with prejudice and without costs or attorneys' fees.  The Clerk of Court is respectfully directed terminate all open motions and close the case.

**SO ORDERED.**

Date:  August 29, 2022                              *Valerie Caproni* (signature)
       New York, New York                           **VALERIE CAPRONI**
                                                    **United States District Judge**